UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60469-CIV-COHN/Snow

SHENANDOAH CHIROPRACTIC, P.A.,
d/b/a SHENANDOAH CHIROPRACTIC
CENTER, individually and on
behalf of all others, similarly
situated,

      Plaintiff,

v.

U.S. SECURITY INSURANCE CO.,
a Florida Corporation,

      Defendant.
_____/

## O R D E R

THIS CAUSE is before the Court counsel Eric Brunick's Verified Motion for Admission *Pro Hac Vice* (DE 10). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Eric Brunick, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiffs **Shenandoah Chiropractic, P.A., d/b/a Shenandoah Chiropractic Center** in this cause; Steven Jaffe, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day of May, 2007.

                                                  _____
                                                  LURANA S. SNOW
Copies to:                                 UNITED STATES MAGISTRATE JUDGE

Seth Lehrman, Esq. (P)
Steven Jaffe, Esq. (P and Local Counsel for Brunick)
Eric Brunick, Esq. (P)
Christopher Carver, Esq. (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator