UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-60469-CIV-COHN/SNOW

SHENANDOAH CHIROPRACTIC, P.A.
d/b/a SHENANDOAH CHIROPRACTIC
CENTER, individually and on behalf of
others similarly situated,

       Plaintiff,

v.

U.S. SECURITY INSURANCE COMPANY,
a Florida corporation,

       Defendant.
_____/

## ORDER DISMISSING PLAINTIFF'S CLASS ACTION COMPLAINT WITHOUT PREJUDICE AND GRANTING PLAINTIFF LEAVE TO AMEND

**THIS CAUSE** is before the Court upon Defendant U.S. Specialty Insurance

Company's Motion to Dismiss the Class Action Complaint [DE 15].  The Court has

considered the Motion, Plaintiff's Opposition [DE 26], Defendant's Reply [DE 27], and

the record, and is otherwise fully advised in the premises.

In its Motion to Dismiss, Defendant argues first that Plaintiff failed to allege that it

complied with the PIP statute demand letter requirement.  In response, Plaintiff argues

that it did in fact send such a demand letter, and attaches a copy to its Response.

However, as Plaintiff seems to concede in its Response, the sending of a demand letter

is a condition precedent to bringing the instant lawsuit, and a review of the Complaint

reveals neither the specific allegation that a demand letter was sent nor the broader

allegation that all conditions precedent to the bringing of the lawsuit were met.  See

Fed. R. Civ. P. 9(c).  In the context of a different statute with similar conditions

precedent required to bring a lawsuit, the Eleventh Circuit has held that "a plaintiff must generally allege in his complaint that 'all conditions precedent to the institution of the lawsuit have been fulfilled.'"  Jackson v. Seaboard Coast Line R. Co., 678 F.2d 992, 1010 (11th Cir. 1982).

Although the Court recognizes that, in reality, the condition precedent to filing this lawsuit has been satisfied, it cannot ignore the fact that Plaintiff failed to plead this critical fact in its Complaint.  The Defendant is required by Rule 9(c) to plead with particularity any denials of performance or occurrence of conditions precedent, and it cannot be expected to do so if such allegations are not properly included in the Complaint.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss is **GRANTED**. Plaintiff's Class Action Complaint is **DISMISSED without prejudice**.  It is further

**ORDERED AND ADJUDGED** that Plaintiff is **GRANTED LEAVE** to file an Amended Complaint, curing the defects described above, within five (5) days of receipt of this Order.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 23rd day of July, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record